SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER  (CSBN 95024)
Assistant United States Attorney

9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone:   (415) 436-6888
Fax:             (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and JACKIE MOSS, Revenue Agent,<br><br>Petitioners,<br><br>v.<br><br>NICOLE VENTO MOLLISON,<br><br>Respondent. | NO.  C-07-04205-JL<br><br>**APPLICATION FOR AMENDED ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS** |

On August 16, 2007, petitioners filed a Verified Petition to Enforce Internal Revenue Summons.  On September 5, 2007, the Court issued an Order To Show Cause Re Enforcement of Internal Revenue Service Summons which ordered respondent Nicole Vento Mollison to appear before the Court on November 21, 2007, at 9:30 a.m and then and there show cause, if any, why she should not be compelled to appear and provide documents and testimony as required and set forth in the Verified Petition.  The Court further ordered that the Order to Show Cause, together with a copy of the Verified Petition, be served upon respondent in accordance with Fed. R. Civ. P. 4 at least thirty-five (35) days before the return date.

Despite diligent efforts, petitioners have been unable to effect service of the Order to Show Cause upon respondent within thirty-five days before the return date.  Petitioners, therefore, request that the Court issue an Amended Order to Show Cause setting the return date

1  for the second week of January 2008 or as soon thereafter as is convenient for the Court.

2                                                  Respectfully submitted,

3                                                  SCOTT N. SCHOOLS
   United States Attorney

4

5

6  /s/ David L. Denier
   DAVID L. DENIER
   Assistant United States Attorney
7  Tax Division

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Appl. For Amen. Ord To Show Cause Re Enf. Of IRS
Summons. (No. C-07-4205-JL)        2