1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EDWARD M. ROBBINS, JR.
 State Bar No. 082696
Hochman Salkin Rettig Toscher & Perez, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Phone: 310/281-3200
Fax: 310/859-5129
E-Mail: EdR@taxlitigator.com

Attorneys for Respondent
NICOLE VENTO MOLLISON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DIVISION OF SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA and JACKIE MOSS, Revenue Agent<br><br>                          Petitioners,<br><br>v.<br><br>NICOLE VENTO MOLLISON,<br>                          Respondent | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. C-07-04205-JL<br><br>STIPULATION RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS |

The parties stipulate that this case and action may be heard by the Honorable James Larson, United States Chief Magistrate Judge.

Respondent Nicole Vento Mollison has been ordered to appear before this Court on the 9th day of January, 2008, at 9:30 a.m. in Courtroom No. F, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why Respondent should not be compelled to appear and provide documents and testimony as required

STIPULATION RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS

by the summons heretofore served upon Respondent as alleged and set forth in particular in said

petition.

Respondent has arranged to meet with Revenue Agent, Jackie Moss, on February 28, 2008,

and provide the documents and testimony as required by the summons.

Accordingly, the parties hereby stipulate that the hearing on this summons enforcement case

may be continued some 60 days to give respondent an opportunity to comply with the summons.

Respectfully submitted,

EDWARD M. ROBBINS, JR.

Dated: January 7, 2008        by    /S/ EDWARD M. ROBBINS, JR.
                                     EDWARD M. ROBBINS, JR., ESQ.
                                     CA State Bar No. 82696
                                     HOCHMAN, SALKIN, RETTIG, TOSCHER &
                                     PEREZ, P.C.
                                     9150 Wilshire Boulevard, Suite 300
                                     Beverly Hills, CA 90212
                                     Phone: (310) 281-3247
                                     Fax:     (310) 859-5129
                                     Robbins@taxlitigator.com

                                     SCOTT N. SCHOOLS
                                     United States Attorney

Dated: January 7, 2008        by    /S/ DAVID L. DENIER
                                     DAVID L. DENIER
                                     Assistant United States Attorney
                                     Tax Division

2

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing STIPULATION RE

ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS has been made this 7th

day of January, 2008 via the Court's CM/ECF system to:


David Denier          David.Denier@usdoj.gov


Respectfully submitted,

EDWARD M. ROBBINS, JR.

Dated: January 7, 2008

/S/ EDWARD M. ROBBINS, JR.

EDWARD M. ROBBINS, JR., ESQ.
CA State Bar No. 82696
HOCHMAN, SALKIN, RETTIG, TOSCHER &
  PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Phone: (310) 281-3247
Fax:    (310) 859-5129
Robbins@taxlitigator.com

3

STIPULATION RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS