1  EDWARD M. ROBBINS, JR.
2  State Bar No. 082696
   Hochman Salkin Rettig Toscher & Perez, P.C.
3  9150 Wilshire Boulevard, Suite 300
   Beverly Hills, CA 90212
4  Phone: 310/281-3200
5  Fax: 310/859-5129
   E-Mail: EdR@taxlitigator.com
6
7  Attorneys for Respondent
   NICOLE VENTO MOLLISON
8
                UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
10                 DIVISION OF SAN FRANCISCO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and JACKIE MOSS, Revenue Agent | ) ) ) | Civ. No. C-07-04205-JL |
| Petitioners, | ) ) ) ) | SECOND AMENDED ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS |
| v. | ) ) ) | |
| NICOLE VENTO MOLLISON, | ) ) | |
| Respondent | ) | |

Good cause having been shown by the parties upon their Stipulation Re Enforcement of Internal Revenue Service Summons, it is hereby:

ORDERED that respondent Nicole Vento Mollison appear before this Court on the __12__ day of March, 2008, at __9:30__ A.M., in Courtroom No. F, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition;

SECOND AMENDED OSC RE ENFORCEMENT OF IRS SUMMONS

and it is further

ORDERED that within twenty-one (21) days before the return date of this Second Amended Order, respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desires to make, that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Second Amended Order, that all motions and issues raised by the pleadings will be considered on the return date of this Second Amended Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered admitted.

ORDERED this __8__ day of __January__, 2008, at San Francisco, California.



_____
J
U.S.
Judge James Larson

2

SECOND AMENDED OSC RE ENFORCEMENT OF IRS SUMMONS