EDWARD M. ROBBINS, JR.
State Bar No. 082696
Hochman Salkin Rettig Toscher & Perez, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Phone: 310/281-3200
Fax: 310/859-5129
E-Mail: EdR@taxlitigator.com

Attorneys for Respondent
NICOLE VENTO MOLLISON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DIVISION OF SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA and JACKIE MOSS, Revenue Agent<br><br>Petitioners,<br><br>v.<br><br>NICOLE VENTO MOLLISON,<br>Respondent | Civ. No. C-07-04205-JL<br><br>SECOND STIPULATION RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS |

The parties stipulate that this case and action may be heard by the Honorable James Larson, United States Chief Magistrate Judge.

The parties, through their counsel of record, stipulate that the hearing on the Order to Show Cause re Enforcement of Internal Revenue Service Summons now set for the 12th day of March, 2008, at 9:30 a.m. in Courtroom No. F, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, may be continued one week at the same place and time of day.

SECOND STIPULATION RE ENFORCEMENT OF IRS SUMMONS

The Court's order hereon is sought because respondent's counsel is meeting with prosecutors from the Tax Division of the Department of Justice in Beverly Hills, California, on March 12, 2008, on another case.

Accordingly, the parties hereby stipulate that the hearing on this summons enforcement case may be continued one week, until March 19, 2008 at the same place and time of day.

Respectfully submitted,

EDWARD M. ROBBINS, JR.

Dated: March 4, 2008    by    /S/ EDWARD M. ROBBINS, JR.
EDWARD M. ROBBINS, JR., ESQ.
CA State Bar No. 82696
HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Phone: (310) 281-3247
Fax:     (310) 859-5129
Robbins@taxlitigator.com

SCOTT N. SCHOOLS
United States Attorney

Dated: March 4, 2008    by    /S/ DAVID L. DENIER
DAVID L. DENIER
Assistant United States Attorney
Tax Division

2

SECOND STIPULATION RE ENFORCEMENT OF IRS SUMMONS

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing SECOND STIPULATION RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS has been made this 4th day of March, 2008 via the Court's CM/ECF system to:

David Denier            David.Denier@usdoj.gov

Respectfully submitted,

EDWARD M. ROBBINS, JR.

Dated: March 4, 2008

/S/ EDWARD M. ROBBINS, JR.

EDWARD M. ROBBINS, JR., ESQ.
CA State Bar No. 82696
HOCHMAN, SALKIN, RETTIG, TOSCHER &
   PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Phone: (310) 281-3247
Fax:    (310) 859-5129
Robbins@taxlitigator.com

SECOND STIPULATION RE ENFORCEMENT OF IRS SUMMONS