EDWARD M. ROBBINS, JR.
State Bar No. 082696
Hochman Salkin Rettig Toscher & Perez, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Phone: 310/281-3200
Fax: 310/859-5129
E-Mail: EdR@taxlitigator.com

Attorneys for Respondent
NICOLE VENTO MOLLISON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DIVISION OF SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA and JACKIE MOSS, Revenue Agent,  Petitioners, v. NICOLE VENTO MOLLISON, Respondent | Civ. No. C-07-04205-JL  ORDER CONTINUING HEARING ON THE ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS |

Good cause having been shown by the parties upon their Second Stipulation Re Enforcement of Internal Revenue Service Summons, it is hereby:

ORDERED that the hearing on the hearing on the Order to Show Cause re Enforcement of Internal Revenue Service Summons now set for the 12th day of March, 2008, at 9:30 a.m. in

///

///

///

ORDER CONTINUING HEARING ON THE ORDER TO SHOW CAUSE RE
ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS

Courtroom No. F, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, shall be continued one week, to March 19, 2008, at the same place and time of day.

ORDERED this 5th day of March, 2008, at San Francisco, California.

_____
JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

ORDER CONTINUING HEARING ON THE ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS