1  EDWARD M. ROBBINS, JR.
2   State Bar No. 082696
   Hochman Salkin Rettig Toscher & Perez, P.C.
3  9150 Wilshire Boulevard, Suite 300
   Beverly Hills, CA 90212
4  Phone: 310/281-3200
5  Fax: 310/859-5129
   E-Mail: EdR@taxlitigator.com
6
7  Attorneys for Respondent
   NICOLE VENTO MOLLISON
8
9                UNITED STATES DISTRICT COURT
10           NORTHERN DISTRICT OF CALIFORNIA
                DIVISION OF SAN FRANCISCO
11
12
   UNITED STATES OF AMERICA and        )
13 JACKIE MOSS, Revenue Agent          )  Civ. No. C-07-04205-JL
                                        )
14                      Petitioners,    )  RESPONDENT'S OPPOSITION TO
                                        )  ENFORCEMENT OF INTERNAL
15                                      )  REVENUE SERVICE SUMMONS;
   v.                                   )  DECLARATION
16                                      )
                                        )
17 NICOLE VENTO MOLLISON,               )
                          Respondent    )
18 _____ )
19
20       Respondent objects to any enforcement order in connection with the subject summons on the
21 grounds that the requested information has been provided.  Respondent met with Revenue Agent
22 Jackie Moss on February 28, 2008, and provided sworn testimony in response to questions from
23 Agent Moss and a lawyer from the IRS Chief Counsel's office.  During the questioning it was
24 revealed that certain documents called for in the summons had not been produced.  Respondent
25 gathered the missing documents, scanned them, and produced them to the IRS on March 10, 2008.
26
27
28

RESPONDENT'S OPPOSITION TO ENFORCEMENT OF INTERNAL REVENUE SERVICE
SUMMONS; DECLARATION

1  Respondent has supplied all the documents and testimony as required by the summons.

2      Accordingly, the summons is unenforceable under United States v. Powell, 379 U.S. 48

3  (1964), because the IRS is in possession of the summoned data.  The present petition to enforce the

4  summons should be denied, without prejudice.  In the event the IRS believes that some summoned

5  information is missing from respondent, and in the unlikely event respondent does not produce it,

6

7  this matter can be revisited.

8                                          Respectfully submitted,

9                                          EDWARD M. ROBBINS, JR.

10

11  Dated: March 10, 2008          by    /S/ EDWARD M. ROBBINS, JR.
                                          EDWARD M. ROBBINS, JR., ESQ.
12                                        CA State Bar No. 82696
                                          HOCHMAN, SALKIN, RETTIG, TOSCHER &
13                                        PEREZ, P.C.
                                          9150 Wilshire Boulevard, Suite 300
14                                        Beverly Hills, CA 90212
15                                        Phone: (310) 281-3247
                                          Fax:    (310) 859-5129
16                                        Robbins@taxlitigator.com
17

18

19

20

21

22

23

24

25

26

27                                          2

28

RESPONDENT'S OPPOSITION TO ENFORCEMENT OF INTERNAL REVENUE SERVICE
SUMMONS; DECLARATION

DECLARATION OF EDWARD M. ROBBINS, JR.

I, EDWARD M. ROBBINS, JR., pursuant to 28 U.S.C. Section 1746, declare and state as follows:

1. I am a lawyer for respondent NICOLE VENTO MOLLISON in this case.

2. Respondent met with Revenue Agent Jackie Moss on February 28, 2008, and provided sworn testimony in response to questions from Agent Moss and a lawyer from the IRS Chief Counsel's office.

3. During the questioning it was revealed that certain documents called for in the summons had not been produced. Respondent and her lawyers gathered the missing documents. I caused them to be scanned and produced them to the IRS on March 10, 2008. A copy of my transmittal letter to Revenue Agent Moss is attached hereto as Exhibit A.

4. As far as I know, respondent has supplied all the documents and testimony as required by the summons.

I declare under penalty that the foregoing is true and correct and that this Declaration is executed on March 10, 2008, at Beverly Hills, California.

/S/ EDWARD M. ROBBINS, JR.
EDWARD M. ROBBINS, JR.

RESPONDENT'S OPPOSITION TO ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS; DECLARATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing RESPONDENT'S

OPPOSITION TO ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS;

DECLARATION has been made this 10th day of March, 2008 via the Court's CM/ECF system

to:

David Denier                    David.Denier@usdoj.gov

Respectfully submitted,

EDWARD M. ROBBINS, JR.

Dated: March 10, 2008

/S/ EDWARD M. ROBBINS, JR.

EDWARD M. ROBBINS, JR., ESQ.
CA State Bar No. 82696
HOCHMAN, SALKIN, RETTIG, TOSCHER &
  PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Phone: (310) 281-3247
Fax:    (310) 859-5129
Robbins@taxlitigator.com

RESPONDENT'S OPPOSITION TO ENFORCEMENT OF INTERNAL REVENUE SERVICE
SUMMONS; DECLARATION