# EXHIBIT A

LAW OFFICES

# HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.

EDWARD ROBBINS, JR.
DIRECT LINE
(310) 281-3200
Email
EdR@Taxlitigator.com

9150 WILSHIRE BOULEVARD
SUITE 300
BEVERLY HILLS, CALIFORNIA 90212-3414
www.taxlitigator.com

TELEPHONE
(310) 281-3200
(310) 273-1181
FACSIMILE
(310) 859-1430

March 10, 2008

**VIA FEDERAL EXPRESS**

Jackie Moss
Revenue Agent
Internal Revenue Service
8700 Tesoro Drive, Suite 201
Mail Stop 4309 SANC
San Antonio, Texas 78217

**Re: Nicole Mollison Examination**

Dear Ms. Moss:

Enclosed is a CDROM containing .pdf images NM0001 through NM 3787 in response to your Summons.

Images NM1574 though 1580 are not included and are being withheld as privileged. These seven pages are copies of letters and billing statements from the law firm of Avansino, Melarkey, Knobel & Mulligan to Nicole Mollison pertaining to legal advice (non-tax) given to Ms. Mollison.

I also e-mailed you:

1. Temporary Custody Placement Agreement.pdf;
2. Articles of Organization - Nicole Vento.pdf;
3. Articles of Organization - Future Four.pdf; and
4. Articles of Organization - Four the Soul.pdf

At this point, Ms. Mollison believes that she and/or her agents have

Jackie Moss
March 10, 2008
Page 2

produced to you everything called for in the Summons that she is able to produce. Please let me know, if you think anything is missing.

                Very truly yours,

                HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.


                By:_____
                  EDWARD M. ROBBINS, JR., ESQ.


Enclosure: as stated

VENTOMOLLISON - Ltr to Jackie Moss enclosing CD-ROM of Mollison Exam _v1.wpd