United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., | No. C 07-4205 JL |
|     Plaintiffs, | |
|     v. | CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE |
| NICOLE VENTO MOLLISON, | |
|     Defendant. | |
| _____/ | |

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge. I understand that I am free to withhold consent to jurisdiction of this court and request reassignment to a district judge without adverse substantive consequences.

Date: _____          _____

                                                Signature

                                                Counsel for _____