JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney

9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone:   (415) 436-6888
Fax:              (415) 436-6748

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and JACKIE MOSS, Revenue Agent, <br><br>Petitioners, <br><br>v. <br><br>NICOLE VENTO MOLLISON, <br><br>Respondent. | NO. C-07-04205-JL <br><br><u>STIPULATION AND ORDER OF DISMISSAL</u> |

Petitioners United States of America and Jackie Moss, and Respondent Nicole Vento Mollison, by and through their counsel of record, hereby stipulate that this action be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

                                                      JOSEPH P. RUSSONIELLO
                                                      United States Attorney

Dated: March 17, 2008                   /s/ David L. Denier
                                                      DAVID L. DENIER
                                                      Assistant United States Attorney
                                                      Tax Division
                                                      Attorneys for Petitioners

Dated: March 17, 2008                   /s/ Edward M. Robbins, Jr.
                                                      EDWARD M. ROBBINS, JR.
                                                      Attorney for Respondent

<u>O R D E R</u>

_____Upon the stipulation of the parties and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

ORDERED this __20__ day of ____March_____, 2008, at San Francisco, California.

_____
UNITED STATES MAGISTRATE JUDGE

Stip & Order of Dismissal
(No. C-07-4205-JL)                                    2